# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

---

PATRICK ANDREW HART, individually and on
behalf of all others similarly situated,

      Plaintiff,

vs.                                         Case No.:  2:10-cv-855-WHA

GUARDIAN CREDIT UNION,

      Defendant.

---

## DECLARATION OF PLAINTIFF PATRICK ANDREW HART
## IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

---

I, Patrick Andrew Hart, state as follows:

1.      I am over the age of 18 and I am competent to make this Declaration.

2.      I am a resident citizen of Montgomery County, Alabama, residing at 1725 Meadow Oak Court, Montgomery, AL 36117.

3.      I am the Plaintiff in this cause of action and offer this Declaration in support of the Memorandum in Support of Motion for Class Certification.

4.      On July 13, 2010, I used the Guardian Credit Union ATM described in the Complaint, located at 1789 Congressman Dickinson Drive; Montgomery, AL 36109 in order to withdraw cash electronically.  (Attached as Exhibit "A" is a copy of the ATM receipt for the transaction.).

5.      The Guardian Credit Union ATM did not have the fee notice sign affixed to it or in close proximity to it informing consumers that use of the Guardian Credit Union ATM will or may result in an ATM surcharge.

1

6.      I was charged a $2.00 ATM surcharge fee for withdrawing cash from the Guardian Credit Union ATM located at 1789 Congressman Dickinson Drive; Montgomery, AL 36109. (See Exhibit "A").

7.      I understand this case is brought as a class action on behalf of individuals who have been charged fees at the ATM in question in this case and because there was not a posted fee notice, separate and apart from the on-screen notice at the ATM.

8.      I understand that I am seeking statutory damages on behalf of the class between $100.00 and $1,000.00 per violation.  I understand that a jury will possibly have to decide these matters.

9.      I am familiar with and understand my responsibilities and obligations as a Class Representative in this cause of action.

I declare under penalty of perjury under the laws of the State of Alabama that the foregoing is true and correct.

Executed this the __11TH__ day of __MAY__, 2011.

By: _____
        Patrick Andrew Hart
        1725 Meadow Oak Court
        Montgomery, AL 36117

"Exhibit A"

```
GAURDIAN CREDIT UNION
1789 CONGRESSMAN DR
MONTGOMERY, AL 36109

Terminal#    TN223918

07/13/2010    03:59:14 PM
*** Withdrawal From Checking ***

Card Number:              Auth #      Seq #
************7019         0000000      6912
             Requested:             $20.00
             Dispensed:             $20.00
          Terminal Fee:              $2.00
                                   --------
Total Withdrawal:                   $22.00

AVAILABLE BALANCE:
```