# EXHIBIT C

```
GUARDIAN CREDIT UNION
1763 CONGRESSMAN DR
MONTGOMERY, AL 36109

Terminal #     TD223918
07/13/2010    03:59:14 PM
*** Withdrawal From Checking ***

Card Number:           Seq #
***********7019        6912
            Auth #
            00000000
Requested:            $20.00
Dispensed:            $20.00
Terminal Fee:          $2.00
                     -------
Total Withdrawal:     $22.00

AVAILABLE BALANCE:
```