# EXHIBIT D

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

PATRICK ANDREW HART, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                            Case No.: 2:10-cv-855-WHA

GUARDIAN CREDIT UNION.,

    Defendant.

## DECLARATION OF ERIC G. CALHOUN

I, Eric G. Calhoun declare as follows:

1. I am a shareholder in the law firm of Travis, Calhoun & Conlon, P.C. ("Travis & Calhoun"). See Biography of Travis & Calhoun, P.C. at www.travislaw.com and biographical summary attached hereto as Exhibit "A." I am co-counsel for Plaintiff in the above-captioned lawsuit.

2. I have been co-counsel in over 70 putative class action cases filed in a number of different states involving violations of state and federal laws governing residential mortgage loans.

3. In December 2008, United States District Judge David Godbey appointed me as one of the class counsel in a class action styled *Mims v. Stewart Title Guaranty Company*, 254 F.R.D. 482 (N.D. Tex. 2008).

4. In March 2010, United States District Judge Joe Fish appointed me as one of the class counsel in a class action styled *Hamilton v. First American Title Co.*, 266 F.R.D. 153 (N.D. Tex. 2010).

5. In March 2011, United States District Judge Jorge Solis appointed me as one of the class counsel in a case styled *Ahmad v. Old Republic National Title Ins. Co.*, 3:08-CV-0029 (N.D. Tex. 2011).

6. I have been co-class counsel in a number of certified class actions. Those cases include, among others:

   a. *Dundon, et. al. v. U.S. Bank, N.A., N.D.*, No 01-408, in the United States District Court for the Southern District of Illinois;

   b. *Hamilton v. First American Title Ins. Co.*, 3:07-cv-1442 in the United States District Court for the Northern District of Texas;

   c. *Mims v. Stewart Title Guaranty Co.*, 3:07-cv-1078, in the United States District Court for the Northern District of Texas;

   d. *Ahmad v. Old Republic National Title Ins. Co.*, 3:08-CV-0029 in the United States District Court for the Northern District of Texas;

   e. *Banks, et. al. v. First Plus Asset Backed Certificates 1996-2, et. al*, No. 05-6583 in the Fourth Judicial District Court of Hennepin County, Minnesota;

   f. *Alford, et al. v. Mego Mortgage Home Loan Trust 1997-1, et al.*, No. 27-CV-06-2262 in the Fourth Judicial District Court of Hennepin County, Minnesota;

   g. *Berry, et al. v. Empire Funding Home Loan Owner Trust 1997-1, et. al.*, No. 27-CV-06-2263 in the Fourth Judicial District Court of Hennepin County, Minnesota;

   h. *McLean, et al. v. First Horizon Home Loan Corp*; No. 00-CV-228530, in the Circuit Court of Jackson County, Missouri;

2

        i.      *Cates, et al. v. U.S. Bank, N.A., N.D.*; No. 04-6202 in the Fourth Judicial District Court of Hennepin County, Minnesota;

        j.      *In Re: First Plus Bank*; No. 01CC13911, in the Superior Court of the State of California, Orange County;

        k.      *Vinke, et al. v. Bann-Cor Mortgage*; No. 01-cv-6313 in the District Court, Denver, Colorado; and

        l.      *Bess, et al. v. German American Capital Corp.*; No. 24-C-04-0388, in the Circuit Court of Maryland for Baltimore City, Maryland.

7. In addition, I was approved as co-class counsel in an ERISA class action case in the Northern District of Texas styled *Hargrave v. TXU Corp.*, 3:02-CV-2573.

I, Eric G. Calhoun, declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 12th day of May, 2011.

                                                */s/ Eric G. Calhoun*
                                                ERIC G. CALHOUN

# EXHIBIT A

## TRAVIS, CALHOUN & CONLON, P.C.

### Eric Calhoun

Eric Calhoun joined Travis, Calhoun & Conlon as a shareholder in 2001. He focuses primarily on commercial and class action litigation, including predatory lending litigation.

Mr. Calhoun received his undergraduate degree from Illinois Wesleyan University in 1982. He obtained an MBA from the University of Illinois in 1987. He obtained his law degree from the University of Illinois that same year, graduating *cum laude*. While in law school, Mr. Calhoun received the American Jurisprudence Award for academic excellence.

In 2003, 2005, 2006, 2008 and 2009, Mr. Calhoun was voted a Texas Super Lawyer by his peers in the area of business litigation as published in *Texas Monthly* magazine. He is rated A-V preeminent by Martindale-Hubbell.

Eric Calhoun served as a judicial law clerk to the Honorable James P. Churchill, then Chief United States District Judge for the Eastern District of Michigan (retired), and the Honorable Frederick P. Stamp, Jr., United States District Judge (now Senior Judge) for the Northern District of West Virginia. Mr. Calhoun is licensed to practice in the states of Texas, New York and Illinois. He has also been admitted to practice before the United States Supreme Court, United States Courts of Appeal for the Third, Fifth, Seventh and Ninth Circuits, United States Court of Appeals for the Federal Circuit and the United States District Courts for the Northern, Southern, Western and Eastern Districts of Texas, Southern District of Illinois and Western District of New York. Mr. Calhoun has been practicing in the areas of commercial litigation, class actions and civil trial law in Dallas, Texas, since 1991.

1

Mr. Calhoun has represented both plaintiffs and defendants in a variety of different types of commercial cases. For example, he obtained a plaintiff's jury verdict in excess of $6 Million Dollars in an individual securities fraud case in Dallas.

Mr. Calhoun has been co-plaintiff counsel and/or co-class counsel in numerous class action cases involving allegations of violations of state and federal laws governing mortgage lending. Mr. Calhoun has been co-counsel in cases that have settled for an excess of $125,000,000.00, as well as a number of pending cases. These cases include:

1. *Dundon, et. al. v. U.S. Bank, N.A., N.D.*, No 01-408, in the United States District Court for the Southern District of Illinois;

2. *Banks, et. al. v. First Plus Asset Banked Certificates 1996-2, et. al*, No. 05-6583 in the Fourth Judicial District Court of Hennepin County, Minnesota;

3. *Alford, et al. v. Mego Mortage Home Loan Trust 1997-1, et al.*, No. 27-CV-06-2262 in the Fourth Judicial District Court of Hennepin County, Minnesota;

4. *Berry, et al. v. Empire Funding Home Loan Owner Trust 1997-1, et. al.*, No. 27-CV-06-2263 in the Fourth Judicial District Court of Hennepin County, Minnesota;

5. *McLean, et al. v. First Horizon Home Loan Corp*; No. 00-CV-228530, in the Circuit Court of Jackson County, Missouri;

6. *Cates, et al. v. U.S. Bank, N.A., N.D.*; No. 04-6202 in the Fourth Judicial District Court of Hennepin County, Minnesota;

7. *In Re: First Plus Bank*; No. 01CC13911, in the Superior Court of the State of California, Orange County;

8. *Vinke, et al. v. Bann-Cor Mortgage*; No. 01-CV-6313 in the District Court, Denver, Colorado;

2

9. *Bess, et al. v. German American Capital Corp.*; No. 24-C-04-0388, in the Circuit Court of Maryland for Baltimore City, Maryland; and

10. *Couch, et al. v. SMC Lending, et al.*, No. CV100-4332 CC, in the Circuit Court of Clay County, Missouri;

11. *Baker v. Century Financial Group, Inc., et al.*, No. CV 100-4294 CC, in the Circuit Court of Clay County, Missouri; and

12. *Gilmor, et al. v. Preferred Credit Corporation*, No. CV100-4263CC, in the Circuit Court of Clay County, Missouri.

<u>Richard J. Pradarits, Jr.</u>

Mr. Pradarits received his J.D. *summa cum laude* from South Texas College of Law in 1989. He was a member of law review and the Order of the Lytae. Mr. Pradarits received his B.F.A., *magna cum laude*, from Meadows School of Arts at Southern Methodist University.

Mr. Pradarits was a research attorney at the Court of Appeals, Fifth District of Texas at Dallas. There, his primary responsibility was assisting judges with the most difficult cases.

Mr. Pradarits has practiced in Texas State and federal appellate and trial courts. His litigation experience primarily includes the areas of class actions, business disputes, misrepresentation and consumer protection. Other litigation experience includes the areas of trademark and unfair competition, elections, pensions, defamation and representation of attorneys. Mr. Pradarits has substantial experience in complex litigation, including class actions.

Professional awards include two Dallas-area awards: "1999 Outstanding Mediation Attorney" and the 1998 "Louis Weber Award."

Mr. Pradarits is licensed to practice law in Texas and is admitted to practice before the U.S. District Court, Northern District of Texas and the United States Court of Appeals, Seventh Circuit.

### Jeff M. Travis

Jeffrey M. Travis is a litigation attorney with experience in virtually every aspect of business litigation, including, but not limited to banking, franchising and distribution, healthcare, securities, secured transactions, partnership, corporate, real estate, antitrust, class actions, trade regulation, intellectual property and general contract matters.

Mr. Travis earned his law degree in 1985 from the University of Illinois where he was an editor on the UNIVERSITY OF ILLINOIS LAW REVIEW. Mr. Travis received his Bachelor of Arts degree from Westminster College in Fulton, Missouri, in 1982, graduating summa cum laude. In addition to his many bar activities. Mr. Travis is a guest lecturer at Baylor Law School, lecturing from time to time on the subjects of depositions and discovery.

Prior to the formation of Travis & Calhoun, Mr. Travis was associated with Holme, Roberts & Owen, the oldest and largest law firm in Denver, Bickel & Brewer, a national litigation boutique with offices in New York, Chicago, Washington and Dallas, and the Dallas office of Houston-based Liddell, Sapp, Zivley, Hill & LaBoon, L.L.P. (now known as Locke, Liddell & Sapp, L.L.P).

Mr. Travis is a member of the State Bar of Colorado and the State Bar of Texas and is licensed to practice before all of the federal and state courts of Colorado and Texas. He is also licensed to practice before numerous other federal trial and appellate courts throughout the nation.

## Mary Elizabeth Conlon

Mary Elizabeth Conlon is a litigation attorney. Her experience includes shareholder and partnership disputes, trade secret litigation, contract disputes, real estate, and other business matters. Ms. Conlon earned her law degree in 2004 from Baylor University where she was a recipient of the Dean's Academic Excellence Scholarship and participated in Moot Court competitions. Ms. Conlon received her undergraduate degree from Baylor University in 2001, graduating *cum laude* with majors in journalism and public relations, and minors in political science and Spanish.

As an undergraduate at Baylor, Ms. Conlon was a recipient of the President's Scholarship, a member of Alpha Lambda Delta honorary society, and an active member of Kappa Kappa Gamma. Ms. Conlon is a member of the Texas State Bar, the Dallas Bar Association, and the Dallas Association of Young Lawyers. She is licensed to practice law in all state courts in Texas and the United States District Court for the Northern District of Texas.

## Kasey L. Foreman

Kasey L. Foreman is a litigation attorney. Her experience includes putative business relationships, partnership and shareholder disputes, credit reporting disputes, and other general business issues. She earned her law degree in 2007 from Texas Tech University School of Law, where she was a recipient of a Regent's Scholarship and an officer in Phi Delta Phi. She also served as an editor on the *Texas Tech Law Review*.

Ms. Foreman received her Bachelor of Arts from Texas Tech University in 2002, graduating *summa cum laude* in Honors Studies. As an undergraduate, she participated in marching band, worked as a Resident Assistant and a Research Assistant, and served as a U.S. Congressional Intern. She received her Masters of Arts from Texas Tech University in 2004 in sociology.

Originally from the Dallas/Fort Worth area, Ms. Foreman is licensed to practice law in all state courts in Texas, as well as in the United States District Courts for the Northern and Eastern Districts of Texas.

## Jacob B. Kring

Jacob B. Kring is a litigation attorney. His experience includes cases involving contract disputes, confidentiality agreements, shareholder and partnership disputes, fiduciary relationship disputes, real estate disputes, and other general business litigation matters.

Mr. Kring earned his law degree in 2007 from Baylor University, where he was elected to the Order of the Barristers and received the Leighton B. Dawson Oral Advocacy Award. Mr. Kring received his undergraduate degree from the University of Pittsburgh in 2005, graduating *summa cum laude* with a Bachelors of Business Administration in Finance. While at the University of Pittsburgh, Mr. Kring served as captain of the varsity soccer team and was named the University of Pittsburgh BIG EAST Conference Scholar Athlete of the Year, and *ESPN the Magazine* Academic All-District.

Mr. Kring joined the firm upon graduation from law school and is licensed to practice law in all state courts in Texas.