# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____

PATRICK ANDREW HART, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.                              Case No.:  2:10-cv-855-WHA

GUARDIAN CREDIT UNION.,

    Defendant.
_____

**DECLARATION OF B. J. WADE**
_____

B. J. Wade, states the following:

1. I submit the following matters under oath in support of Plaintiffs' Motion for Class Certification;

2. A brief summary of my legal education and experience is attached Exhibit A.

3. A substantial amount of my practice is currently, and has been for many years, devoted to complex litigation, such as the present case. I have been involved in at least twenty-five (25) MDL's in the past twenty (20) years in various types of cases including products liability cases such as asbestos, jaw implants, Dalkon Shield, and numerous pharmaceutical cases. In addition, I have had many class actions which ultimately were transferred to an MDL proceeding.

4. **Experience as Counsel in Complex Litigation Actions:**

    A. I served as court appointed liaison counsel in a matter pending in the United States District Court for the Western District of Tennessee entitled *In re:  Accredo Securities Litigation*, Docket No.: 03-2216-BP. This was a federal securities fraud class action, and the case settled for $33 million.

1

    B. I served on the steering committee in a nationwide class action entitled *In re: Hyundai and Kia Horsepower Litigation*, Docket No.: 02CC00287, Santa Clara County, CA, which resulted in a cash settlement to the class members of approximately $85 million.

    C. I served as co-liaison counsel in the consolidated case *In re: Copper Tubing Litigation*, Docket No.: 04-2771-DV, which was a Sherman antitrust action pending in the United States District Court for the Western District of Tennessee.

    D. *Morris v. Life of Georgia*, Shelby County, Tennessee Circuit Court Docket No.: CT-004246-00. This case involved racial discrimination in the pricing of burial insurance policies. This case settled for a total amount of almost $70 million and is the largest case to ever settle in Shelby County, Tennessee. I was co-lead class counsel in that case.

    E. *Panitz v. F. Hoffman LaRoche, Ltd., et al,* Shelby County, Tennessee Circuit Court Docket No.: No.302829 TD. I was co-lead counsel for the Tennessee class which settled for $10.8 million in benefits to Tennessee class members.

    F. *Semerski v. Kia Motors America, Inc.,* Shelby County, Tennessee Circuit Court Docket No.: CT-000148-05. I was co-lead counsel for the Tennessee class which settled for approximately $3 million in benefits to Tennessee class members.

    G. *Yancey v. Kia Motors America, Inc.*, Shelby County, Tennessee Circuit Court Docket No.: CT-000596-03. I served as counsel for Plaintiff in this class action involving a defective brake system on Kia Sephia automobiles. The class case settled for $24 million in Orange County, California.

    H. *Galinsky v. Varsity Brands, Inc., et al*, Shelby County, Tennessee Chancery Court Docket No.: CH-03-0948. I served as counsel for the Plaintiff in this class action involving the sale of a publicly traded company. The class case settled with important disclosures made to

shareholders.

      I.      *In Re: National Commerce Financial Corporation Shareholder Litigation*, Shelby County, Tennessee Circuit Court Docket No.: CT-002672-04, I served as co-lead counsel. The case settled with important disclosures made to shareholders.

      J.      I was co-lead counsel in a class action involving price-fixing for rubber chemicals which settled for $7.9 million, Shelby County, Tennessee Circuit Court Docket No.: CT-004748-06.

To date, my firm has devoted a significant amount of attorney and staff time and resources into researching and identifying the claims set forth in the Complaints.

                                                             /s/B. J. Wade
                                                           B. J. Wade, Esq.

# EXHIBIT A

# RESUME OF B. J. WADE

**Personal:**

Date of Birth					August 1, 1951

Family:						Married
						Wife-		Tina Stuart-Wade
						Children-	Sarah Grace Wade, age 17
								John Stuart Wade, age 15

**Education:**

1973						University of Memphis – Bachelor of Arts – Honors
1976						Cecil C. Humphreys School of Law, University of Memphis

**Admissions:**

Admitted to practice before Tennessee Supreme Court in 1976

Admitted to Practice before the following Courts:

    Supreme Court of the United States – 1982
    United States Court of Appeals for the 6th Circuit – 1982
    Tennessee Supreme Court – 1976
    United States District Court for the Western District of Tennessee – 1976
    United States District Court for the Middle District of Tennessee – 1982
    United States District Court for the Eastern District of Tennessee – 1982

**Professional Memberships:**

Tennessee Bar Association
Tennessee Association of Justice
Memphis and Shelby County Bar Association
American Association of Justice

**AV Rating** - Martindale Hubbell

**Non-Profit and Other Board Memberships: (currently serving)**

Board of Directors, Soulsville, which is the non-profit corporation that operates Stax Museum of American Soul Music, Stax Music Academy, the Soulsville Charter School and the Soulsville Foundation
Board of Directors, Memphis Area Legal Services
Hearing Panel Member, Board of Professional Responsibility – State of Tennessee
Former Board of Trustees, Lausanne Collegiate School

2